USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _7/30/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

           Plaintiff,

-against-

ENCYCLOPAEDIA IRANICA FOUNDATION,

           Defendant.

19 Civ. 7465 (AT) (KNF)

ENCYCLOPAEDIA IRANICA FOUNDATION, INC.,

           Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL AND BRILL USA, INC.,

           Defendants.

19 Civ. 8562 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the Court shall hold a hearing on Encyclopaedia Iranica Foundation, Inc.'s ("EIF") application for a temporary restraining order, ECF No. 91,[1] on **July 31, 2020**, at **4:00 p.m.** The hearing shall proceed thelephonically. The parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign. The parties shall email their appearance information to Torres_NYSDChambers@nysd.uscourts.gov by **July 31, 2020**, at **1:00 p.m.**

    SO ORDERED.

Dated: July 30, 2020
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] The ECF cites refer to documents as numbered in *Encyclopaedia Iranica Foundation, Inc. v. Trustees of Columbia University in the City of New York, et. al.*, No. 19 Civ. 8562 (S.D.N.Y.).