**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENCYCLOPAEDIA IRANICA FOUNDATION, INC., | |
| Plaintiff, | 19 Civ. 8562 (AT)(JW) |
| v. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ELTON DANIEL AND KONINKLIJKE BRILL N.V., | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF CLAIMS
## AGAINST ELTON DANIEL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties, through undersigned counsel, that all claims asserted in this action as against Elton Daniel are dismissed with prejudice and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO STIPULATED.**

Dated: May 31, 2023

For Plaintiff Encyclopaedia Iranica
Foundation, Inc.

*Scott B Klugman / AMB*

Seth L. Levine
Scott B. Klugman
Alison M. Bonelli
Levine Lee LLP
1500 Broadway, Suite 2501
New York, NY 10036
Tel: (212) 223-4400

*Attorneys for Plaintiff Encyclopaedia*
*Iranica Foundation, Inc.*

For Defendants The Trustees of
Columbia University in the City of
New York and Elton Daniel

*Andrew W Schilling*

Andrew W. Schilling
Schilling Law LLC
1345 Avenue of the Americas, 2d Floor
New York, New York 10105
Telephone: (212) 551-7881

Amanda R. Lawrence
Orrick, Herrington & Sutcliffe LLP
2001 M. Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8089

For Defendant Koninklijke Brill N.V.

/s/ Sigmund J. Roos
_____
Sigmund J. Roos
Block & Roos LLP
2 Liberty Square, 11th Floor
Boston, MA 02019
Tel: (617) 223-1900

*Attorneys for Defendant Koninklijke Brill N.V.*

Brian J. Wegrzyn
Orrick, Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019
Telephone: (212) 600-2395

*Attorneys for Defendants The Trustees of Columbia University in the City of New York and Elton Daniel*